IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GARY TRENOR CROMARTIE
#54243-037
11- -88
P.O. BOX 1002
THOMPSON, IL 61285
(Full name, date of birth, identification #, address of movant)

v.

United States of America

Criminal Case No.: JKB-11-00426

Civil Case No.: _____
(Leave blank. To be filled in by Court.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

1. Name and location of the court which entered the judgment/conviction being challenged.

   U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

2. Date of judgment or sentencing.

   05-23-2013

3. Length of sentence.

   324

4. Nature of offense (all counts).

   18: 1962(D); 18: 1959(A)(5); 21: 846

5. What was your plea? (check one)

   (a) Not Guilty   ☐
   (b) Guilty       ☑
   (c) Nolo Contendere ☐

   If you entered different pleas to different counts or charges, explain.

   _____

6. Kind of trial (check one).

   (a) Jury        ☐
   (b) Judge Only  ☑

7. Did you testify at the trial?

   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?

   Yes ☐   No ☐

   If you answered yes, provide the following information:

   A. What grounds did you raise?

   _____
   _____

   B. What was the result?

   _____

   C. What was the date of the decision by the Court of Appeals?

   _____

9. Did you file a petition for writ of certiorari to the United States Supreme Court?

   Yes ☐   No ☒

   If you answered yes, what was the result?

   _____

   If you answered yes, what was the date of the decision by the Supreme Court?

   _____

10. Other than a direct appeal, have you filed any petitions, applications, or motions challenging this judgment in any federal court?

    Yes ☒   No ☐

11. If you answered yes, provide the following information for **each** petition, application, or motion:

   A. Name and location of the court where you filed.

   U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

   B. Describe what you filed and the date on which it was filed.
   ON 3/23/21 MOVED FOR APPOINTMENT OF COUNSEL TO HELP "FILE AN AFFIDAVIT OF TRUTH"
   ON 4/13/21 APPOINTMENT COUNSEL

   C. What grounds did you raise?

   N/A

   D. What was the result?

   DENIED

   E. What was the date of the decision?

   2013

   F. Did you appeal the decision?

   Yes ☐    No ☒

   G. What was the result?

   

   H. If you did not appeal any adverse decision, explain why you did not appeal.

   DIDN'T UNDERSTAND THE LAW
   COUNSEL WITHDREW

12. Do you CURRENTLY HAVE PENDING in any court any motion, petition, or appeal concerning the judgment being challenged in this petition?

    Yes ☐   No ☒

    If you answered yes, describe what you filed, when, where, and its current status.

    _____
    _____
    _____

13. In most cases federal law requires that a motion to vacate or set aside judgment be filed within one (1) year of the date your conviction became final. 28 U.S.C. § 2255. If this motion is being filed more than one year after your conviction became final, explain why it is late and/or why you believe the one year limitations period does not apply.

    UNEDUCATED AT TIME OF SENTENCING
    IGNORANT TO THE LEGAL SYSTEM
    DIDN'T HAVE SUPPORT OR HELP

14. State BRIEFLY every ground on which you claim you are being held unlawfully. BRIEFLY summarize the facts supporting each ground. If necessary, you may attach additional pages.

    A. Ground One: COLLATERAL CONSEQUENCES

    Supporting Facts: A DEFENDANT NEED NOT "SHOW THAT GOING TO TRAIL WOULD HAVE BEEN THE BEST OBJECTIVE STRATEGY OR EVEN AN ATTRACTIVE OPTION," HE NEED ONLY "SHOW A REASONABLE LIKELIHOOD THAT A PERSON IN HIS SHOES WOULD HAVE CHOSEN TO GO TO TRAIL" U.S. V. SWABY

    B. Ground Two: GATE WAY INNOCENCE CLAIM

    Supporting Facts: IN APPROPIATE CASE A SCHLUP ACTUAL INNOCENCE COULD BE ADJUDICATED IN THE FIRST INSTANCE ON APPEAL.

C. Ground Three: _____

Supporting Facts: _____

_____

_____

_____

D. Ground Four: _____

Supporting Facts: _____

_____

_____

_____

15. If any of the issues that you are raising in this motion have not been previously presented, explain which issues are being raised for the first time and why.

_____

_____

_____

16. Do you have any other sentence(s) to be served after you complete the sentence/commitment that is being challenged in this petition?

Yes ☐   No ☒

If you answered yes, provide the following information about each of your future sentences:

A. Name and location of the court that imposed the sentence.

_____

B. Length of the sentence. _____

C. Have you filed, or do you intend to file, a petition or motion attacking this sentence?

Yes ☐   No ☒

WHEREFORE, Movant prays that the Court grant him/her all relief to which he/she may be entitled in this action.

I declare under the penalties of perjury that the information above is true and correct.

SIGNED THIS 27 day of NOVEMBER, 2022.

_Gary Cromartie_
Signature

GARY T CROMARTIE
Printed Name

P.O. Box 1002 THOMPSON IL 61285
Address

_____
Telephone Number

_____
Email Address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GARY THENOR CROMARTIE
#54243-037
11-21-88
PO BOX 1002
THOMPSON, IL 61285
*(Full name, date of birth, identification #, address of movant)*

v.

United States of America

\*     Criminal Case No.: JKB-11-00426

\*     Civil Case No.: _____
      *(Leave blank. To be filled in by Court.)*

\*

## CERTIFICATE OF SERVICE

I hereby certify that on __NOVEMBER 28__, __2022__, a copy of __2255__ was mailed via first class mail, postage prepaid, to __CLERK OF COURT U.S. DISTRICT COURT 101 W. LOMBARD STREET BALTIMORE, MD 21201__

_Gary T. Cromartie_
Signature

GARY T. CROMARTIE
Printed Name

PO BOX 1002 THOMPSON IL 61285
Address

_____
Telephone Number

_____
Email Address